**EXHIBIT C**

(Table of Mr. Choudhri's Counsel)

| Counsel | Cases Representing Mr. Choudhri[15] |
|---|---|
| Justin Rayome | (1) *Ali Mokram v. Ali Choudhri*, Case No. 25-03825 (Bankr. S.D. Tex.) (pending)<br>(2) *Mokaram-Latif West Loop, Ltd. v. Ali Choudhri*, Case No. 25-03628 (Bankr. S.D. Tex.) (pending)<br>(3) *Ali Choudhri v. WCW Houston Properties LLC*, Case No. 25-cv-01084 (Bankr. W.D. Tex.) (pending)<br>(4) *Ali Choudhri v. National Bank of Kuwait, S.A.K.P., New York Branch*, Case No. 24-cv-04836 (S.D. Tex.) (pending)<br>(5) *In re Jetall Companies, Inc.*, Case No. 24-35761 (Bankr. S.D. Tex.) (pending)<br>(6) *In re 1001 WL, LLC*, Case no. 24-10119 (Bankr. W.D. Tex.) (pending)<br>(7) *In re Texas REIT, LLC*, Case No. 24-10120 (Bankr. W.D. Tex.) (pending)<br>(8) *John Quinlan et al. v. Jetall Companies, Inc. et al.*, Case No. 23-03141 (Bankr. S.D. Tex.) (pending)<br>(9) *Ali Choudhri v. VB Acquisitions Sub No 3 LLC et al.*, Case No. 2025-90475 (113th Dist. Ct., Harris Cnty.) (pending)<br>(10) *Ali Choudhri v. Travis Vargo*, Case No. 2025-63645 (333rd Dist. Ct., Harris Cnty.) (pending)<br>(11) *In re Ali Choudhri*, Case No. 14-25-00614-CV (Tex. App.—Houston [14th Dist.]) (pending)<br>(12) *Ali Choudhri v. Mokaram-Latif West Loop, Ltd.*, Case No. 14-25-00308-CV (Tex. App.—Houston [14th Dist.]) (pending)<br>(13) *In re Ali Choudhri*, Case no. 14-25-00239-CV (Tex. App.—Houston [14th Dist.]) (pending)<br>(14) *In re Ali Choudhri*, Case No. 01-25-00162-CV (Tex. App.—Houston [1st Dist.]) (pending)<br>(15) *In re RIC (Lavernia) LLC*, Case No. 24-51195 (Bankr. W.D. Tex.) (dismissed Dec. 5, 2025)<br>(16) *Mokaram-Latif West Loop, Ltd. et al. v. Dalio Holdings I LLC et al.*, Case No. 25-03630 (Bankr. S.D. Tex.) (terminated Oct. 23, 2025)<br>(17) *2727 Kirby 26L, LLC et al. v. Cypress Bridgeco, LLC et al.*, Case No. 2024-88794 (129th Dist., Harris Cnty) (dism'd Sept. 11, 2025)<br>(18) *In re Houston Real Estate Properties LLC*, Case No. 25-cv-01187 (S.D. Tex.) (terminated Aug. 29, 2025)<br>(19) *Mokaram-Latif West Loop, Ltd. v. Ali Choudhri*, Case No. 25-05060 (Bankr. W.D. Tex.) (terminated Aug. 28, 2025)<br>(20) *In re Jetall Companies, Inc.*, Case No. 25-cv-02173 (S.D. Tex.) (terminated July 31, 2025) |

---

[15] The cases listed here are in addition to several dozen cases where the same attorneys represent one or more of Mr. Choudhri's wholly owned or wholly controlled corporate entities. The cases here are only those where the listed attorney represents (or represented) Mr. Choudhri, individually.

| Counsel | Cases Representing Mr. Choudhri[15] |
|---|---|
| | (21) *In re Jetall Companies, Inc.*, Case No. 25-cv-02440 (S.D. Tex.) (terminated July 30, 2025)<br>(22) *In re Jetall Companies, Inc.*, Case No. 25-cv-02438 (S.D. Tex.) (terminated July 30, 2025)<br>(23) *In re Houston Real Estate Properties LLC*, Case No. 25-cv-01482 (S.D. Tex.) (terminated July 30, 2025)<br>(24) *In re Houston Real Estate Properties LLC*, Case No. 25-cv-00625 (S.D. Tex.) (terminated July 30, 2025)<br>(25) *QB Loop Property LP v. Christopher Murray*, Case No. 24-03198 (Bankr. S.D. Tex.) (terminated July 14, 2025) |
| Gia Samavati | (1) *In re Jetall Companies, Inc.*, Case No. 24-35761 (Bankr. S.D. Tex.) (pending)<br>(2) *In re Galleria 2425 Owner, LLC*, Case No. 23-34815 (Bankr. S.D. Tex.) (pending)<br>(3) *Ali Choudhri v. Central Bank*, Case No. 01-25-00379-CV (Tex. App.—Houston [1st Dist.]) (pending)<br>(4) *In re Ali Choudhri*, Case No. 25-90797 (Bankr. S.D. Tex.) (dismissed Dec. 19, 2025)<br>(5) *United States of America v. Jetall Companies, Inc. et al.*, Case No. 23-mc-01644 (S.D. Tex.) (terminated Nov. 26, 2025)<br>(6) *In re Houston Real Estate Properties LLC*, Case No. 25-cv-01187 (S.D. Tex.) (dismissed Aug 29, 2025)<br>(7) *In re Jetall Companies, Inc.*, Case No. 25-cv-02173 (S.D. Tex.) (dismissed July 31, 2025)<br>(8) *In re Jetall Companies, Inc.*, Case No. 25-cv-02440 (S.D. Tex.) (dismissed July 30, 2025)<br>(9) *In re Jetall Companies, Inc.*, Case No. 25-cv-02438 (S.D. Tex.) (dismissed July 30, 2025)<br>(10) *In re Houston Real Estate Properties LLC*, Case No. 25-cv-01482 (S.D. Tex.) (dismissed July 30, 2025)<br>(11) *In re Houston Real Estate Properties LLC*, Case No. 25-cv-00625 (S.D. Tex.) (dismissed July 30, 2025)<br>(12) *Ali Choudhri v. Christopher R. Murray*, Case No. 25-cv-02553 (S.D. Tex.) (dismissed July 8, 2025) |
| Bruce Duke | (1) *In re 1001 WL, LLC*, Case no. 24-10119 (Bankr. W.D. Tex.) (pending)<br>(2) *Mokaram-Latif West Loop, Ltd. v. Ali Choudhri*, Case No. 25-03628 (Bankr. S.D. Tex.) (pending)<br>(3) *In re Ali Choudhri*, Case No. 25-90797 (Bankr. S.D. Tex.) (dismissed Dec. 19, 2025) |

| Counsel | Cases Representing Mr. Choudhri[15] |
|---|---|
| | (4) *Mokaram-Latif West Loop, Ltd. et al. v. Ali Choudhri et al.*, Case No. 25-03630 (Bankr. S.D. Tex.) (dismissed Oct. 23, 2025) <br> (5) *In re RIC (Lavernia) LLC*, Case No. 24-51195 (Bankr. W.D. Tex.) (dismissed Dec. 5, 2025) |
| Jeffrey Steidley | (1) *John Quinlan et al. v. Jetall Companies, Inc. et al.*, Case No. 23-03141 (Bankr. S.D. Tex.) (pending) <br> (2) *Jetall Companies, Inc. et al. v. Mokaram-Latif West Loop Ltd.*, Case No. 01-23-00431-CV (Tex. App.—Houston [1st Dist.]) (pending) <br> (3) *Ali Choudhri v. National Bank of Kuwait, S.A.K.P., New York Branch*, Case No. 25-20096 (5th Cir.) (judgment entered Dec. 4, 2025) <br> (4) *Ali Choudhri v. Mansoor Chaudhry et al.*, Case No. D-1-GN-22-001047 (261st Dist. Ct., Travis Cnty) <br> (5) *Ali Choudhri v. National Bank of Kuwait, S.A.K.P., New York Branch*, Case No. 24-cv-03198 (S.D. Tex.) (terminated Feb. 19, 2025) <br> (6) *Ali Choudhri v. National Bank of Kuwait, S.A.K.P., New York Branch*, Case No. 24-03120 (Bankr. S.D. Tex.) (dismissal aff'd Feb. 19, 2025) <br> (7) *Ali Choudhri v. National Bank of Kuwait, S.A.K.P., New York Branch*, Case No. 24-20415 (5th Cir.) (dismissed Nov. 19, 2024) <br> (8) *In re Galleria West Loop Investments, LLC*, Case No. 24-cv-02831 (S.D. Tex.) (terminated Aug. 16, 2024) |
| Joseph Cecere | (1) *Ali Choudhri v. National Bank of Kuwait, S.A.K.P., New York Branch*, Case No. 24-cv-04836 (S.D. Tex.) (pending) <br> (2) *Ali Choudhri v. National Bank of Kuwait, S.A.K.P., New York Branch*, Case No. 24-20541 (5th Cir.) (pending) <br> (3) *In re Galleria 2425 Owner, LLC*, Case No. 23-34815 (Bankr. S.D. Tex.) (pending) |