**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| NATIONAL BANK OF KUWAIT, S.A.K.P., NEW YORK BRANCH | § § | |
| Plaintiff(s), | § | |
| VS. | § | CIVIL ACTION NO. 4:25−cv−05602 |
| | § | |
| ALI CHOUDHRI | § | |
| | § | |
| Defendant. | § | |

## <u>NOTICE OF SETTING</u>

A Motion Hearing has been set in this matter for 02:30 PM on 3/19/2026. The hearing will be conducted using the ZoomGov.com videoconferencing program.

Join the hearing on ZoomGov.com by clicking or copying and pasting the following link:
*https://www.zoomgov.com/j/1617877552?pwd=ipAL5XgaOzKZakb2bbnAgJl53i6Vin.1*
Meeting phone number: 1−669−254−5252
Meeting ID: 161 787 7552
Meeting Password: 994166

Parties should be prepared to discuss all pending issues before the Court. Failure to appear may result in the case being dismissed for want of prosecution and/or sanctions as deemed appropriate by the Court.

Date: 3/18/2026

Kimberly Picota
cm4147@txs.uscourts.gov
Case Manager to
U.S. District Judge George C. Hanks, Jr.