**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| NATIONAL BANK OF KUWAIT, S.A.K.P., NEW YORK BRANCH | § § § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 4:25-cv-05602 |
| ALI CHOUDHRI a/k/a MOHAMMAD ALI CHOUDHRI | § § § | |
| Defendant. | § § | |

**ORDER GRANTING NATIONAL BANK OF KUWAIT, S.A.K.P., NEW YORK BRANCH'S MOTION FOR SUBSTITUTE OR ALTERNATIVE SERVICE**

This matter came before the Court on *Plaintiff National Bank of Kuwait, S.A.K.P., New York Branch's Motion for Substitute or Alternative Service* (the "Motion"). Upon consideration of the Motion, all objections thereto, and all proceedings before the Court, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**;

2. National Bank of Kuwait, S.A.K.P., New York Branch may effectuate substitute or alternative service of process pursuant to Federal Rule of Civil Procedure 4 by emailing a true and correct copy of this Order, the Complaint, and the Summons to the following individuals at the following email addresses:

   a. Defendant Ali Choudhri at: ali@jetallcapital.com, legal@jetallcapital.com, and ali@jetallcompanies.com and through the "contact" feature on his website, www.alichoudhri.com, informing him of this lawsuit and advising him how to obtain a copy of the Complaint and Summons;

   b. Justin Rayome at: justin.rayome.law@gmail.com, justin.r@jetallcapital.com, justinrayome3@gmail.com, and justin.r@jetallcompanies.com;

c. Gia Samavati at: gia@trialninjas.com, gia@samavatilawfirm.com, gia@jetallcapital.com, and gia@trialsharks.com;

d. Jeffrey Steidley at: jeff@texlaw.us;

e. Bruce Duke at: bruce@bdukelawfirm.com; and

f. Joseph Cecere at: ccecere@cecerepc.com.

3. Service of process as required by Federal Rule of Civil Procedure 4 is deemed effective immediately upon transmittal of the email to the individuals listed above at the email addresses listed above.

**SO ORDERED.**

Signed: _____, 2026.

_____
United States District Court Judge