# EXHIBIT 3

United States District Court
Southern District of Texas, Houston Division
NBK v. Choudhri, No. 4:25-cv-05602

## NBK Counsel Letter to SDNY (Dec. 12, 2025), ECF No. 63

Cited to show NBK's October 2025 discovery of Parker–Choudhri agreements,
Nov. 20, 2025 suit vs. Choudhri in S.D. Tex., and Dec. 5, 2025 Chapter 11
filing by Mr. Choudhri.



Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street | New York, NY 10019-6131 | tel 212.858.1000 | fax 212.858.1500

Patrick E. Fitzmaurice
Tel: +1.212.858.1171
patrick.fitzmaurice@pillsburylaw.com

December 12, 2025

***Via ECF***

Hon. Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

   Re: *National Bank of Kuwait, S.A.K.P., New York Branch v. Parker*
     Case No. 1:24-cv-04324-AS

Dear Judge Subramanian:

  We write to update the Court on recent events that impact whether judgment in a sum certain should now be entered against the Defendant Bradley Parker ("Parker"). Ali Choudhri ("Choudhri"), a potential alternative source of recovery for our client Plaintiff National Bank of Kuwait, S.A.K.P., New York Branch ("NBK"), recently filed for bankruptcy, making a resolution with Parker that delays enforcement against him unworkable.

  By way of background, NBK brought this action to enforce Parker's unconditional personal guaranty (the "Guaranty") of NBK's more than $51 million loan to Galleria 2425 Owner, LLC, after the borrower defaulted and filed two separate bankruptcy cases in Texas.

  On June 4, 2025, this Court granted NBK's motion for summary judgment (Dkt. 40) finding that Parker's guaranty obligations had been triggered and he was liable under the guaranty.[1] In advance of a hearing scheduled for August 26, 2025, on July 3, NBK submitted evidence of the total amount due under the guaranty (Dkt. 46).

  With the Court's knowledge, NBK and Parker began discussing a potential resolution that would allow a sum-certain judgment to enter against Parker and delay enforcement while NBK sought to recover its losses from third-party Choudhri. In connection with those discussions, Parker responded to various information and

---

[1] The Court later denied Parker's motion for reconsideration of that summary judgment decision (Dkt. 51).

December 12, 2025
Page 2

document requests from NBK intended, in part, to understand whether there were any agreements or understandings between Parker and Choudhri that would support a claim against Choudhri for amounts owed under Parker's guaranty.

In October 2025, Parker provided documents that demonstrate that Choudhri assumed Parker's obligations under the guaranty and indemnified Parker for all losses associated with the guaranty. The existence of these agreements had not previously been disclosed to NBK.

Based on these documents, NBK sued Choudhri in the United States District Court for the Southern District of Texas on November 20, 2025. A copy of the complaint filed in that action is attached as Exhibit A. Although service of the complaint and a summons was attempted three times, in-hand service was not effectuated before Choudhri filed for bankruptcy.

On December 5, 2025, Mr. Choudhri filed for bankruptcy in the United States Bankruptcy Court for the Southern District of Texas. Choudhri's chapter 11 case has been docketed as *In re Ali Choudhri*, Chapter 11, Case No. 25-90797 (CML). Pursuant to Bankruptcy Code section 362(a), 11 U.S.C. § 362(a), NBK is automatically stayed from continuing its lawsuit against Mr. Choudhri.

Given the filing of Choudhri's chapter 11 case, delaying entry of a sum-certain judgment, or even deferring collection efforts against Parker while Choudhri's bankruptcy plays itself out, is no longer a viable path to a consensual resolution.

Accordingly, NBK requests that the Court schedule a status conference promptly to discuss appropriate next steps.

We thank the Court for its consideration of this request.

Respectfully Submitted,

Patrick E. Fitzmaurice

cc:     Bradley Parker
        brad.s.parker3@gmail.com
        2127 Bolsover Street
        Houston, TX 77005