**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| NATIONAL BANK OF KUWAIT, | § | |
| S.A.K.P., NEW YORK BRANCH | § | |
|     Plaintiff(s), | § | |
| VS. | § | CIVIL ACTION NO. 4:25−cv−05602 |
| | § | |
| ALI CHOUDHRI | § | |
| | § | |
|     Defendant. | § | |

## NOTICE OF SETTING

    A Status Conference has been set in this matter for 02:30 PM on 7/10/2026. The hearing will be conducted using the ZoomGov.com videoconferencing program.

    Join the hearing on ZoomGov.com by clicking or copying and pasting the following link:
*https://www.zoomgov.com/j/1657064466?pwd=5fe6uEnyG69Xpm1hJLny4QeyboYiZW.1*
Meeting phone number: 1−669−254−5252
Meeting ID: 165 706 4466
Meeting Password: 928916

    Parties should be prepared to discuss all pending issues before the Court. Failure to appear may result in the case being dismissed for want of prosecution and/or sanctions as deemed appropriate by the Court.

Date: 6/24/2026

Kimberly Picota
cm4147@txs.uscourts.gov
Case Manager to
U.S. District Judge George C. Hanks, Jr.