## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

National Bank of Kuwait, S.A.K.P., New
York Branch

v.                                          Case Number: 4:25−cv−05602

Ali Choudhri

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN
SCHEDULED AS SET FORTH BELOW.**

Initial Conference set for 8/3/2026 at 11:00 AM before Magistrate Judge Dena Hanovice
Palermo, by video.

Date: July 10, 2026

Nathan Ochsner, Clerk
by K. Picota, Deputy Clerk