## HEARING MINUTES

Cause No:          4:25-cv-05602

Style:             *National Bank of Kuwait, S.A.K.P., New York Branch v. Choudhri*

Hearing Type:   Status Conference

**Appearances:**

| **Counsel** | **Representing** |
| --- | --- |
| Andrew Troop<br>James Dickinson | National Bank of Kuwait, S.A.K.P., New York Branch |
| Derek Ryan Staub | Ali Choudhri |

Date:  July 10, 2026          Court reporter: ERO – Lauren Campbell

Time: 2:50 pm – 3:07 pm          Law Clerk: E. Robins

At the hearing, the following rulings were made as stated on the record:

The Court held a status conference (Dkt. 27).

The Court **DENIES** the Motion for Default Judgment (Dkt. 22).

The parties are instructed to file dispositive motions as they feel necessary and the Court will rule on those motions accordingly.